GEORGE A. OWEN, Appellant, *v.* WESTCHESTER COUNTRY CLUB, INC., Respondent.

Submitted December 2, 1942; decided January 14, 1943.

*John A. King* for appellant.

*Munn Brewer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.